UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACP GP, LLC, et al<br><br>Plaintiffs,<br>v.<br><br>UNITED HOME CARE, INC., et al<br>Defendants. | Civil Action No.<br><br>2:18-CV-8786-KSH-SCM<br><br>**SUPPLEMENTAL SCHEDULING ORDER** |

   **IT IS** on this Tuesday, March 10, 2020 ordered that the Scheduling Order is

hereby supplemented as follows:

1. Fact deposition discovery is extended to 5/22/2020 for depositions noticed by 4/15/2020.

2. A **settlement conference** to be held on 6/25/2020 at **11:30 AM** before Judge Steve Mannion in courtroom 2B.  Lead trial counsel and clients who have settlement authority must appear.  Confidential settlement positions no longer than five pages should be received by Judge Mannion 8 **days** before the conference and not filed via ECF.

3. Motions for summary judgment shall be filed on 7/24/2020.  *See* Fed. R. Civ. P. 56(b); Local Civ.R. 7.1.  Opposition is to be filed within 14 days.  Replies are to be filed within seven days of the opposition.  The motion will returnable before the Hon. Katharine S. Hayden, U.S.D.J., and the Judge's chambers will advise whether oral argument will be requested. If the case is not dismissed on motion, the parties shall reengage in settlement discussions and plaintiff shall contact the undersigned in writing within one week to schedule a telephone conference.

4. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY RESULT IN SANCTIONS. See Fed.R.Civ.P. 16(f) and 37.**

Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

3/10/2020 3:31:52 PM

Original: Clerk of the Court

cc: Hon. Katharine S. Hayden, Sr. U.S.D.J.
     All parties
     File