**McGlinchey Stafford**
Dana M. Carrera, Esquire
Attorney ID: 014672011
112 West 34th Street, Suite 1515
New York, New York 10120
(646) 362-4047
*Attorneys for Defendants United Home Care, Inc.,*
*Trinity Home Health Cae, Inc., DMS Healthcare Inc.,*
*and John D. Jones*

| | |
|---|---|
| ACP GP, LLC, a Delaware limited liability Company and ALLEON CAPITAL PARTNERS, LLC, a Delaware Limited Liability Company<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED HOME CARE, Inc., a Louisiana corporation;<br>TRINITY HOME HEALTH CARE, INC., a Louisiana corporation;<br>DMS  HEALTHCARE, INC., a Louisiana Corporation;<br>JOHN D. JONES, a resident of Louisiana;<br>CHARLIE SIMPSON, a resident of Louisiana;<br>And, CHARLES GARDNER, a resident of Louisiana.<br>            Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action Number: 2:18-cv-08786<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Dana M. Carrera, Esq. of McGlinchey, 112 West 34th Street, Suite 1515, hereby enters her appearance as counsel for Defendants, United Home Care, Inc., Trinity Home Health Care, Inc., DMS Healthcare, Inc. and John D. "Danny" Jones, in the above-referenced matter and requests that copies of all notices, pleadings and other papers in this matter be served upon her.

Dated: March 12, 2020

## MCGLINCHEY STAFFORD

By: *s/ Dana M. Carrera*
Dana M. Carrera
112 West 34th Street, Suite 1515
New York, New York 10120
Telephone: (646) 362-4047
*Counsel for Defendants, United Home Care, Inc., Trinity Home Health Cae, Inc., DMS Healthcare Inc., and John D. Jones*