

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Stephen V. Falanga
Direct Dial: (973) 757-1107
sfalanga@walsh.law

**VIA ECF**

The Honorable Steven C. Mannion, U.S.M.J.
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    **ACP GP, LLC, et al. v. United Home Care, Inc., et al.**
             **Docket No. 2:18-cv-08786**

Dear Judge Mannion:

      This firm represents plaintiffs ACP GP, LLC and Alleon Capital Partners, LLC in the above-referenced matter. We write to request that the settlement conference currently scheduled to be held on **Thursday, June 25 at 11:30 a.m.** be converted to a status conference. Counsel for defendants Charles Gardner, Charlie Simpson, and John D. Jones consent to this request.

      If this request should meet with the Court's approval, we respectfully request that Your Honor So Order this letter and have it entered on the docket.

      We thank the Court for its attention to this matter. If Your Honor or Your Honor's staff should have any questions or require anything further, we are always available.

                                            Respectfully submitted,

                                            *s/ Stephen V. Falanga*
                                            Stephen V. Falanga

CC: All counsel of record (via ECF)