

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Stephen V. Falanga
Direct Dial: (973) 757-1107
sfalanga@walsh.law

**VIA ECF**
The Honorable Steven C. Mannion
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re: **ACP GP, LLC, et al. v. United Home Care, Inc., et al**
            **Docket No. 2:18-cv-08786**

Dear Judge Mannion:

      This firm represents plaintiffs ACP GP, LLC and Alleon Capital Partners, LLC in the above-referenced matter. We are endeavoring to reach a settlement as to all remaining defendants in this matter. Accordingly, we write on behalf of all parties to respectfully request that the conference currently scheduled for Monday, July 27, 2020 at 2:45 p.m. be adjourned to such date and time as is convenient for the Court during the week following the Labor Day holiday.

      If this request should meet with the Court's approval, we respectfully request that Your Honor "So Order" this letter and have it entered on the docket.

      We thank the Court for its attention to this matter. If Your Honor or Your Honor's staff should have any questions or require anything further, we are always available.

                              Respectfully submitted,

                              *s/ Stephen V. Falanga*
                              Stephen V. Falanga

CC: All counsel of record (via ECF and email)