

**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Stephen V. Falanga
Direct Dial: (973) 757-1107
sfalanga@walsh.law

October 1, 2020

**VIA ECF**
Honorable Steven C. Mannion
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    **ACP GP, LLC, et al v. United Home Care Inc., et al**
                **Docket No. 2:18-cv-08786**

Dear Judge Mannion:

      This firm represents plaintiffs ACP GP, LLC and Alleon Capital Partners, LLC ("Plaintiffs") in connection with the above-referenced matter.

      We write on behalf of the parties pursuant to the Court's Order dated September 7, 2020 (D.E. # 84) to provide the Court with an update as to the status of their efforts to resolve this matter and to respectfully request a further 30-day extension of the status conference through early November.

      Plaintiffs have reached an agreement in principle to resolve all claims as to defendants John D. Jones, DMS Healthcare Inc., and Charles Gardner, subject to memorialization. Plaintiffs continue to engage in discussions with defendant Charlie Simpson and expect to report to the Court on the status of those discussions in advance of the next scheduled date, should the Court grant this joint request.

      We thank the Court for its attention to this matter. If Your Honor or Your Honor's staff should have any questions or require anything further, we are always available.

                                Respectfully submitted,

                                *s/Stephen V. Falanga*
                                Stephen V. Falanga

CC:    All counsel of record (via ECF)